UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14035-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH GREEN,

    Defendant.
_____/



FILED by _____ D.C.
SEP 17 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSIONS TO VIOLATIONS AS SET FORTH
IN THE PETITION FOR VIOLATIONS OF SUPERVISED RELEASE**

**THIS CAUSE** having come on to be heard for a preliminary hearing and a final evidentiary hearing on September 17, 2015, in respect to the pending Petition Alleging Violations of Supervised Release and this Court having convened a hearing, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on September 17, 2015, for a preliminary hearing and final evidentiary hearing in respect to the Petition Alleging Violations of Supervised Release alleging the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about June 4, 2015, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory and subsequently confirmed positive by Alere Toxicology Services Incorporated. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about July 2, 16 and 22, 2015, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local |

1

laboratory and subsequently confirmed positive by Alere Toxicology Services Incorporated.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit the violations as set forth in the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. The Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

4. Counsel for the parties agreed that the Court could take judicial notice of the facts set forth in the Petition Alleging Violations of Supervised Release and the Memorandum from USPO Ramos to Judge Graham dated August 24, 2015. Therefore, this Court did take judicial notice of the facts set forth in that Memorandum and finds that it sets forth a sufficient factual basis to support the Defendant's admissions to Violations Numbers 1 and 2 as set forth in the Petition.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 1 and 2 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 1 and 2, as set forth in the Petition and that a sentencing hearing be scheduled by the District Court at its earliest convenience for final disposition in this matter.

The parties shall have fourteen (14) days within which to file any objections to this Report and Recommendations with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _17th_ day of September, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Daniel Funk
AFPD Panayotta Augustin-Birch
U. S. Probation (USPO Ramos)
U. S. Marshal