UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14035-CR-GRAHAM

UNITED STATES OF AMERICA

             Plaintiff,

vs.

KENNETH GREEN,

             Defendant.
_____/

**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on September 17, 2015.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing and entered a Report and Recommendation on September 17, 2015 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of October, 2015.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Daniel Funk, AUSA
        Panayotta Augustin-Birch, AFPD
        U. S. Probation